IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17cv205

| | |
|---|---|
| BARRINGTON BOYD, )<br>)<br>Appellant, )<br>)<br>vs. )<br>)<br>BURTON SHUFORD, Trustee of the )<br>Estate of Debtor Live Naturally, LLC, )<br>)<br>Appellee. )<br>)<br>_____) | ORDER |

This matter is before the Court upon Appellant Barrington Boyd's appeal from an Order entered by the bankruptcy court on April 12, 2017 granting the Trustee's motion to sell a chandelier at a private sale outside of the ordinary course of business free and clear of liens and interests. In the Order at issue, the bankruptcy judge specifically found that the chandelier was property of the bankruptcy estate of the Debtor Live Naturally, LLC. Appellant contends that the chandelier is in fact his personal property and not the property of the estate. However, none of the "evidence" to which he refers supports his contention. Accordingly,

IT IS THEREFORE ORDFERED that the Order of the bankruptcy court dated April 12, 2017 is hereby AFFIRMED.

Signed: September 13, 2017

Graham C. Mullen
United States District Judge