# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Barrington Boyd , | ) | JUDGMENT IN CASE |
| | ) | |
| Appellant(s), | ) | 3:17-cv-00205-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| A. Burton Shuford, Live Naturally LLC , | ) | |
| Appellee(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2017 Order.

September 13, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court